JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alicia Galowitsch,<br><br>  Plaintiff,<br><br> v.<br><br>1526 Amherst, LLC, a California Limited Liability Company; Ocean Harbor, LLC, a California Limited Liability Company; Crazy Otto's Diner, Inc., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case: 2:13-CV-03803-DMG-RZ<br><br>**ORDER RE DISMISSAL OF ACTION [14]** |

 Having reviewed the parties' Stipulation, and good cause appearing,

 IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, with the parties to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

DATED: September 26, 2013

          _/s/ Dolly M. Gee_
          DOLLY M. GEE
          UNITED STATES DISTRICT JUDGE